VIOLA DOUGLAS, PLAINTIFF-PETITIONER, v. CHARLES HARRIS, *ET AL.*, DEFENDANTS-RESPONDENTS.

See same case below: 63 *N. J. Super.* 313.

*Mr. Howard T. Rosen* and *Mr. Emanuel Needle* for the petitioner.

*Messrs. Mead, Gleeson, Hansen & Pantages* and *Mr. Joseph E. Zavesky* for the respondent.

January 16, 1961. Granted.

MARJORIE MAVER, PETITIONER-PETITIONER, v. DWELL-ING MANAGERS CO., *ET AL.*, RESPONDENTS-RESPOND-ENTS.

See same case below: 63 *N. J. Super.* 304.

*Mr. Jacob L. Balk* and *Mr. Seymour B. Jacobs* for the petitioner.

*Mr. Isidor Kalisch* for the respondent.

January 16, 1961. Granted.